IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| FRANKLYN GOODRIDGE and<br>JUNE P. GOODRIDGE, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CV 114-150 |
| QUICKEN LOANS INC., et al., | ) <br> ) | |
| Defendants. | ) <br> ) | |

**O R D E R**

The above-captioned case was removed from the Superior Court of Richmond County, Georgia, on July 3, 2014, and Defendants Quicken Loans Inc. and Mortgage Electronic Registration Systems Inc. filed a motion to dismiss on July 10, 2014. (Doc. nos. 1, 10.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc no. 4.) However, no Rule 26(f) Report has been filed. The pendency of the motion to dismiss before the presiding district judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within fourteen days of the date of the conference.

The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 12th day of September, 2014, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA